IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBERT BERG,<br>Individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>TERRAFORM GLOBAL, INC.,<br>PETER BLACKMORE,<br>FRED BOYLE,<br>CHRISTOPHER COMPTON,<br>HANIF DAHYA,<br>MARK LERDAL,<br>DAVID J. MACK,<br>ALAN B. MILLER,<br>JACK STARK,<br>DAVID RINGHOFER,<br>GREGORY SCALLEN,<br>BROOKFIELD ASSET MANAGEMENT INC.,<br>ORION US HOLDINGS 1 L.P., and<br>BRE GLBL HOLDINGS INC.,<br><br>              Defendants. | Civil Action No. TDC-17-3044<br><br>JURY TRIAL DEMANDED<br><br>CLASS ACTION |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that plaintiff Robert Berg ("Plaintiff") voluntarily dismisses the claims asserted in the above- captioned action (the "Action") without prejudice as to both Plaintiff and the putative class. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: June 25, 2018

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
Brian D. Long
Gina M. Serra
2 Righter Parkway, Suite 120
Wilmington, DE 19803
(302) 295-5310

**RM LAW, P.C.**
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
(484) 324-6800

**GOLDMAN & MINTON, P.C.**

By: _____/S/_____
Thomas J. Minton – No. 03370
3600 Clipper Mill Rd.
Suite 201
Baltimore, Maryland 21211
(410) 783-7575

*Attorneys for Plaintiff*

2