# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| ROBERT BERG,<br>*Individually and on Behalf of All Others Similarly Situated*,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>TERRAFORM GLOBAL, INC.,<br>PETER BLACKMORE,<br>FRED BOYLE,<br>CHIRSTOPHER COMPTON,<br>HANIF DAHYA,<br>MARK LERDAL,<br>DAVID J. MACK,<br>ALAN B. MILLER,<br>JACK START,<br>DAVID RINGHOFER,<br>GREGORY SCALLEN,<br>BROOKFIELD ASSET MANAGEMENT, INC.,<br>ORIEN US HOLDINGS 1 L.P., and<br>BRE GLBL HOLDINGS, INC.,<br><br>　　　Defendants. | Civil Action No. TDC-17-3044 |

## ORDER

On June 25, 2018, Plaintiff Robert Berg filed a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 5. The Court having reviewed the Notice, it is hereby ORDERED that this action is dismissed without prejudice.

The Clerk is directed to close this case.

Date: June 25, 2018　　　　　　　　　　　　　　　　　　　／s／　　　　　　
　　　　　　　　　　　　　　　　　　　　　　THEODORE D. CHUANG
　　　　　　　　　　　　　　　　　　　　　　United States District Judge